*1200 Massa, J.,
dissenting.
' The Court of Appeals, in its memorandum decision denying relief, concluded it could “ ‘say with confidence that the trial court would have imposed the same sentence’ had it properly considered the facts and law applicable to the case.” McGuire v. State, No. 09A02-1605-CR-1148, 2017 WL 677734, at *3 (Ind. Ct. App. Feb. 21, 2017), reh’g denied (quoting Anglemyer v. State, 868 N.E.2d 482, 491 (Ind.), clarified on reh’g, 875 N.E.2d 218 (Ind. 2007)). I concur completely with that assessment and thus cannot join in ordering an unnecessary remand.